FILED

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

2022 OCT -7 PM 2:42

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

# UNITED STATES DISTRICT COURT

for the

middle District of Orlando

Plumb Division

6:22-cv-1862-RBD-EJK

Steve Roland Pelletier

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Bergor Police
State of Maine

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

Case No.

TBD

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name              Steve Pelletier
Address           364 Shenipsit Rd
                  Tolland          CT          G6078
                        *City*           *State*        *Zip Code*
County            Tolland
Telephone Number
E-Mail Address

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
Name                          Bengor Police Dept
Job or Title *(if known)*
Address                       240 Muin St
                              Bengor          me          0440l
                                   *City*         *State*      *Zip Code*
County                        Penobscot County
Telephone Number
E-Mail Address *(if known)*

☑ Individual capacity    ☑ Official capacity

Defendant No. 2
Name                          officer mendozs
Job or Title *(if known)*     K9/Pitrol?
Address                       210 marine St
                              Bengor          me          0440l
                                   *City*         *State*      *Zip Code*
County                        Penobscot County
Telephone Number
E-Mail Address *(if known)*

☑ Individual capacity    ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name  _John Doe officer_

Job or Title *(if known)*

Address  _2 Y0 Main St_
_Bingor  me  04401_
City ___ State ___ Zip Code ___

County

Telephone Number

E-Mail Address *(if known)*

☒ Individual capacity   ☒ Official capacity

Defendant No. 4

Name  _State of mihe_

Job or Title *(if known)*  _State of min_

Address  _1 Huese Station Road_
_Augusta  mE  04333_
City ___ State ___ Zip Code ___

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐   Federal officials (a *Bivens* claim)

☒   State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_Intentional infliction of emotional Distress_

_Deprivment of 4rth 5th 8th Ammendment_

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

See attached

B.   What date and approximate time did the events giving rise to your claim(s) occur?

See Attached

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See attached

State of Maine under virarious liability as they are Responsible to ensure police Operate w/ integrity protecting and Serving Citizen w/o Deprnment of established Protected Rights.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

IV.    **Injuries** Mr. Steve Pelletier emotional Distress, mental
       angush as to Mr. Roland Pelletier helped w/ caregiving

exhibiting injury If you sustained injuries related to the events alleged above, describe your injuries and state what medical
unknown treatment, if any, you required and did or did not receive. Mental angush emotional
       distress. Also injuries sustained to my head
       face Was sustained indirectly by Bangor arrest
       Upon entry of Penobscot jail. Headaches
       for 8 weeks now. Loss of life, freedom
       night terrors. Also my Current health
       issues indirectly being neglected as my
       Blood Pressure recently Was 177/118 and no
       adequate medical care and It's my belief I
       have lyme disease that also has been neglected
       as well as many Involuntary exposure to
V.     **Relief**  Cour and Cruel Unusual Punishment.
       State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
       If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
       the acts alleged. Explain the basis for these claims. TBD and/or

       Injunctive relief to allow citizens to be
       content in there Persons unless positive Identified
       as well as proper training to all officers to ensure
       no involuntary contact with officers firearms
       as well as ensuring no Deprivement of established
       Protected Rights. As Careless, reckless policy
       and Ttvrant officers are Becoming more & more
       Common resulting in Deaths, and lives
       being destroyed. Damages in the Amount
       of $100,000.00 minimum and or damages awarded
       by the courts. For Steve Pelletier 20,000 dollar
       Vehicle voucher and/or Vehicle Seized
       Bangor Police Impound to assist Steve w/
       Better quality of life

Bangor Police      August 6th 2022 ~~8/6/22~~
On August 6th 2022 Officer Arrives at hammond
lumber company w/o positive Identification of
individuals in a complaint approache Steve Pelletier
and myself asking questions pertaining to a tresspass
Complaint. This to my belief violated both Steve
and myself's due process clause 94.75 deliberatly
depriving both pelletiers of there established protected
right as a us citizen and that this officer
also violated both Pelletiers right of the 4th
Ammendment Conducting an unlawful ~~detainment~~ Search
unlawful Seizure by way of detainment and Information
Also officer mendoza unproffessionalism upon
arrest of Mr. Roland Pelletier after Illegal Seizure
of Information forced Rolands left hand on his
Service issued and or a firearm. Mr Roland Pelletier
stated such issue officers response "its ok
just don't pull it" Something to that effect
Mr. Roland Pelletier had active warrants out of
florde as a fugitive from justice from
another unlawful and unconstitutional aRRest for
supposed weapons charges. Officer mendoza was aware
of this and Made a conscious deliberate act to
inflict emotional distress and mental anguish. Also
putting my safety at risk that results could
have ended up differently ecspecially with my
PtSD. Thankfully I have faith and trusted inGod
#FStime for change and to hold Police accountable.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        9/28/22

Signature of Plaintiff

Printed Name of Plaintiff        Roland Pelletier

### B.    For Attorneys        8160 CimP Rd
                                 Sherpes Fl 32927

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | | | |
|---|---|---|---|
|  | *City* | *State* | *Zip Code* |

Telephone Number

E-mail Address